AUSA: Nee  Telephone: (810) 766-5177
AO 91 (Rev. 11/11) Criminal Complaint  Special Agent: Dave Alley-HSI  Telephone: (313) 623-2106

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Preston Creed-Boehm | Case: 4:22−mj−30530<br>Assigned To : Ivy, Curtis, Jr<br>Assign. Date : 12/16/2022<br>Description: COMP USA v Preston Creed−Boehm (kcm) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __On or about 12/12/2022- 12/15/2022__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2); & (a)(5)(B) | Knowingly distributed child pornography; and knowingly possessed and/or received child pornography |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Alley, Special Agent HSI-ICE
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: December 16, 2022

_____
*Judge's signature*

City and state: Flint, Michigan

Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR AN ARREST WARRANT

I, Dave Alley, being first duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) in Detroit, Michigan with offices located at 477 Michigan Ave, Suite 1850, Detroit, Michigan. I have been employed with HSI since March, 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received a Bachelor's Degree in Criminal Justice from Michigan State University, as well as a Master's Degree in Criminal Justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC and the Advanced Computer Evidence Recovery Training at the Cyber Crimes Center (C3) and the Cyber Crime Center Mobile and Cellular Device Data Extraction course and possess an A+ certification.

1

2. This affidavit is made in support of a criminal complaint and arrest warrant for Preston Creed-Boehm (DOB XX/XX/1986) for violations of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B) – receipt, distribution, and possession of child pornography.

3. This affidavit is based on my personal knowledge, experience, and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of facts for the limited purpose of establishing probable cause to obtain an arrest warrant for Preston Creed-Boehm.

## PROBABLE CAUSE

4. On or about December 11, 2022, an agent with Homeland Security Investigations (HSI) Greenville, acting in an undercover capacity, hereinafter referred to as Undercover Agent (UCA), was present in an encrypted instant messaging application live chat room on a social media application, herein referred to as "Application X". The UCA assumed the online identity of an adult individual with access to a minor child. While in "Application X", the UCA

observed a user with a username herein referred to as "User-1," later determined to be Creed-Boehm, post an image of a nude prepubescent girl on her hands and knees, with her vagina facing the camera. I have also reviewed this image. The actual name of Application X and the actual username for "User-1" are known to me.

5. On this same date, the UCA began a one-on-one chat with Creed-Boehm. During the conversation, Creed-Boehm stated that he had engaged in sexual acts with minors and also distributed to the UCA videos of child pornography and links to additional child pornography stored online. Early in the chats, Creed-Boehm made the following statements to the UCA:

Creed-Boehm: I'm very hard

Creed-Boehm: Do you have any daughters

Creed-Boehm: *sends a four second video of an adult male masturbating. The male's penis and hand are visible, along with what appears to be blue jeans and a red shirt*

6. During the chat, Creed-Boehm stated that he had "tongue-fucked a 4yo ass," and then asked the name of the UCA's purported daughter, and what the UCA's daughter was wearing at that moment. Creed-Boehm later asked if the UCA's daughter was with the UCA at that time, and sent the UCA an image of a

3

bare, adult male penis. When Creed-Boehm was told that the UCA's daughter was in bed wearing pajamas, Creed-Boehm stated "If I was there I would take them off of her."

7. During the chat, when asked about his sexual activity with the 4-year-old child, Creed-Boehm stated that he had "made sure that I told her to keep everything secret." Creed-Boehm further stated that he was grooming another 10-year-old female child.

8. On or about December 12, the following chats took place:

Creed-Boehm: How's [UCA's child's name] doing today?

. . .

Creed-Boehm: Awww. Give her a big hug and kiss for me

Creed-Boehm: Hi [UCA's child's name], I'm Preston.

Creed-Boehm: *sends a link that leads to a file sharing website that the UCA observed contained two sub folders labeled "Babies Vids" and "Baby Pics". The "Babies Vids" folder contained numerous videos of child pornography and the "Baby Pics" folder contained numerous pictures of child pornography. The UCA was able to view, screen capture and download all the child pornography contained within the link posted by Creed-Boehm. The videos observed by the UCA include:

4

a. A File contained in folder "Babies Vids" named [redacted].mov, 00:15 in length with a date of April 19, 2019. The video depicts a close-up of a prepubescent female child, approximate 1-2 years of age, fully nude and exposing her vagina and anus to the camera. An adult white male's hand and erect penis are depicted in the video. The adult male is depicted masturbating in front of the child's genitals and at approximately 00:11 the adult male is seen ejaculating on the child's stomach and vagina. The child appears to be laying on a navy blue comforter. The child's face is not depicted in the video.

b. A file contained in "Baby Pics" named [redacted].jpg with a date of July 29, 2022. The digital image depicts a prepubescent female child, approximately 3-5 years of age, fully nude while an adult female holds the child's legs open to expose the child's vagina and anus to the camera. The child is depicted laying on top of the adult female who is also depicted nude from the waist down exposing her vagina to the camera. The adult female is depicted wearing a pink shirt and her face is not depicted in the image. The female child is depicted with her right hand over her face and her eyes are depicted closed. A

yellow and maroon colored blanket is depicted in the background of the image.

9. On or about December 12, the following chats took place:

Creed-Boehm: [UCA's name], do you make out with [UCA's child's name]?

…

Creed-Boehm: She will be more apt to do stuff with a man if you start with her first

Creed-Boehm: Did you show her my cock?

Creed-Boehm then confirmed that he wanted the UCA to show the UCA's daughter Creed-Boehm's penis.

10. On or about December 14, 2022, the UCA asked for more information about Creed-Boehm and the 4-year-old. Creed-Boehm sent the UCA an audio recording that the UCA has listened to in its entirety. The UCA stated that, during the recording, an adult male voice stated that when the child was one-and-a-half years old, "I told [the babysitter] to take her diaper off and bring her on over to me with her legs spread and I dove my tounge into her pussy." He added that "Before she turned 5, I tongue-fucked her ass," but that "I don't see her as much as I would like to."

11. When asked for more information about the 10-year-old, Creed-Boehm stated that he "French kissed, tongue-fucked and fingered her." Creed-Boehm later sent the same link to the UCA which contained two sub folders labeled "Babies Vids" and "Baby Pics".

12. Creed-Boehm also referred to himself as a "pedo," which I know to be a commonly used term for a pedophile among people with a sexual interest in children. He also stated, "I love all young ages."

13. Later in the chat, Creed-Boehm sent the UCA a video titled [redacted]2772. The UCA viewed this video and it depicts a prepubescent female child, approximately 6-8 years old, being anally penetrated by an adult female while utilizing a sex toy.

14. During the chat, Creed-Boehm also stated that he was from Michigan, that he was 36 years old, and that his name was Preston. He also provided the UCA with the city of his residence in Michigan and the name of his employer, both of which corresponded with Creed-Boehm's actual city of residence and employment. Creed-Boehm also sent a selfie-style photo to the UCA during the chat. I have compared this image to Creed-Boehm's Michigan driver's license photograph, and they appeared to be the same individual.

15. Using this and other information I applied for and obtained a search warrant for Creed-Boehm's residence, vehicle and person. On December 15, 2022, I, along with other members of law enforcement executed these warrants.

16. I conducted a forensic review on the cellular phone that was located in Creed-Boehm's pocket at the time of the execution of the search warrants, and made the following observations:

   a. I observed that Application X was installed on this phone and that account "User-1" was logged in. I observed numerous conversations in which Creed-Boehm sent and received child pornography with other users, to include:

      i. A chat with User-2 where Creed-Boehm stated that he took pictures of a minor female and engaged in sexual activity with her. Creed-Boehm sent an image of a nude prepubescent child sitting at a table holding a sex toy near her vagina.

      ii. A chat with User-3, the last of which appears to have taken place "Yesterday", which is believed to refer to December 14, 2022. Creed-Boehm is observed to have sent child pornography, to include a video titled [redacted]8ff.mp4, which is a 14 second video of a prepubescent female

performing oral sex on an adult male, and an image of an infant female with her vagina exposed and covered in what appears to be semen.

iii. A Chat with User-4, the last of which appears to have taken place "Yesterday", which is believed to refer to December 14, 2022. User-4 is observed to have sent images of child pornography to Creed-Boehm, to include an image of a toddler female nude with her legs held open, exposing her vagina. Creed-Boehm is observed to have sent an image of a nude toddler female with her legs spread with an adult male penis next to her bare vagina

b. During this preliminary review, I also observed hundreds of videos of child pornography contained in the "Files" folder contained on this phone to include the following:

i. A 22 second video of an adult male masturbating over and ejaculating onto a nude infant female

ii. A 12:11 minute video of two female infants, nude and crying while an adult male is observed masturbating while touching them. The male is bottomless and is attempting to penetrate an

infant as she screams. The male is later observed masturbating while touching the infant's vagina as she screams and appears to try to penetrate her vagina with his penis.

## CONCLUSION

17. I respectfully submit that there is probable cause to believe that Preston Creed-Boehm for violations of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(a)(5)(B) – receipt, distribution and possession of child pornography. I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Preston Creed-Boehm.

_____
David M Alley
Special Agent
Homeland Security Investigations

_____
Curtis Ivy, Jr.
UNITED STATES MAGISTRATE JUDGE

Date:    December 16, 2022